IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-8H

BARKLEY GARDNER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This matter is before the court on petitioner's latest Rule 60 motion for relief from this court's orders denying petitioner's motion to vacate his conviction. The court finding no basis for relief, petitioner's motion [DE #782] is DENIED.

This 12th day of August 2013.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31