IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:95-CR-41-8H
No. 4:97-CV-237-H

BARKLEY GARDNER,                    )
    Petitioner,                 )
                                )
v.                                  )
                                )          **ORDER**
                                )
UNITED STATES OF AMERICA,           )
    Respondent.                 )

This matter is before the court on petitioner's:

1. Motion for Relief from Judgment Pursuant to Rule 60(b)(4)
   and (6), [D.E. #838];

2. Motion to Vacate Under 28 U.S.C. § 2255, [D.E. #886]; and

3. Motion for Appointment of Counsel, [D.E. #887].

These matters are ripe for adjudication.

## I.    Motions for Relief from Judgment, [D.E. #838], and to Vacate, [D.E. #886]

In his motion for relief from judgment, [D.E. #838], petitioner attempts to set aside his criminal judgment in case number 4:95-CR-41-8H (E.D.N.C.) based upon Rule 60 of the Federal Rules of Civil Procedure. No such relief, however, may be granted. See Fed.R.Civ.P. 1 (Federal Rules of Civil Procedure only govern procedure in *civil* actions and proceedings); see also United States v. Mosavi, 138 F.3d 1365, 1366 (10th Cir. 2005) (Rule 60(b) of the Federal Rules of Civil Procedure does

not provide relief from judgment in a criminal case). Petitioner's claims in his motion for relief from judgment are in substance a successive motion to vacate his sentence under 28 U.S.C. § 2255. See Hunt v. Nuth, 57 F.3d 1327 (4th Cir. 1995) (Courts may properly treat Rule 60(b) motion as a successive habeas petition). Similarly, petitioner's most recent motion to vacate under 28 U.S.C. § 2255, [D.E. #886], is successive.

Therefore, this court is without jurisdiction to consider either of these motions. See 28 U.S.C. § 2255(h). Accordingly, petitioner's motions to vacate, [D.E. #838 and #886], are DISMISSED WITHOUT PREJUDICE to his right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

## II. Motion for Appointment of Counsel

For insufficient cause shown at this time, petitioner's motion for appointment of counsel, [D.E. #887], is DENIED WITHOUT PREJUDICE.

### CONCLUSION

For the foregoing reasons, petitioner's:

1. Motion for Relief from Judgment Pursuant to Rule 60(b)(4) and (6), [D.E. #838], treated by this court as a successive Motion to Vacate Under 28 U.S.C. § 2255, is DENIED WITHOUT PREJUDICE as to his right to apply to the Fourth Circuit for leave to file a successive § 2255 motion;

2. Motion to Vacate Under 28 U.S.C. § 2255, [D.E. #886], is DENIED WITHOUT PREJUDICE as to his right to apply to the Fourth Circuit for leave to file a successive § 2255 motion; and

3. Motion for Appointment of Counsel, [D.E. #887], is DENIED WITHOUT PREJUDICE.

This order does not raise a substantial issue for appeal concerning the denial of a constitutional right. Accordingly, a certificate of appealability is not issued as to this order.

This 26th day of May 2016.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34