IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-8H
No. 4:17-CV-93-H

| | |
|---|---|
| BARKLEY GARDNER, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the court on petitioner's Motion [DE #952] for Relief from this court's August 28, 2017 order and petitioner's motion [DE #955] requesting judicial notice be taken. The court has reviewed these motions and finds them to be without merit. The court notes the petitioner's last motion was dismissed for lack of jurisdiction as a successive § 2255 motion.

This 27TH day of November 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26