# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>BARKLEY GARDNER<br><br>Date of Original Judgment: MARCH 11, 1997<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 4:95-CR-41-8H<br>USM No: 16107-056<br><br>LAURA WASCO<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   LIFE   months **is reduced to**   See Below:   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Counts One, Two, Six, and Seven are reduced to 360 months; Count 4 remains 120 months; Count 3 is reduced to 240 months; Count 5 remains a sentence of Life (based on statutory minimum being life).

The term of supervised release on Count 3 is reduced to 3 years, concurrent with the 5-year terms imposed on each of Counts 1, 2, and 5-7 and the 2 year term imposed on Count 4.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated March 11, 1997 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 5/26/2021

*Judge's signature*

Effective Date: _____
*(if different from order date)*               *Printed name and title*