IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:95-CR-00041-D-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BARKLEY GARDNER, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Government's Motion to seal the exhibit [D.E. 1187, Exhibit 1] attached to the Government's response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the exhibit [D.E. 1187, Exhibit 1] attached to the Government's response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 11 day of May, 2022.

James C. Dever III
United States District Judge