UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:95-CR-41-D-8

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| BARKLEY GARDNER | |

On motion of the Defendant, Barkley Gardner, and for good cause shown, it is hereby ORDERED that **DE 1191** be sealed until further notice by this Court.

IT IS SO ORDERED.

This ı( day of May, 2022.

Dever
JAMES C. DEVER III
United States District Court Judge